■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL McCLOUD, Appellant.— Appeal by defendant from a judgment of the former County Court, Kings County, rendered April 14, 1961 after a jury trial, convicting him of robbery in the first degree, grand larceny in the second degree and assault in the second degree, and imposing sentence. Judgment reversed on the law and a new trial granted. The findings of fact implicit in the jury's verdict have not been considered. In our opinion, under all the circumstances, the interests of justice require as a matter of law that this defendant be accorded a new trial (see People v. Sprinkler, 16 A D 2d 705). Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ ANNE DE MATTEIS, Appellant, v. ANDREW DE MATTEIS, Respondent.— In an action for a judicial separation, in which judgment had been rendered in favor of the plaintiff wife directing the husband to make certain payments of alimony, the wife appeals from an order of the Supreme Court, Kings County, dated June 7, 1963, which referred to a Special Referee " to hear and report or, if the parties so stipulate, to hear and determine " her motion to punish the husband for contempt of court in failing to comply with the alimony provisions of the judgment. Appeal dismissed, without costs. An order referring a matter to a Referee for hearing and report is not appealable (Ayers v. Ayers, 16 A D 2d 926; Brinkman v. Brinkman, 13 A D 2d 1024). Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.